ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIONSXPRESS HOLDINGS INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No.<br><br>08-456 |

**COMPLAINT**

LEON SEGEN ("Segen"), by his undersigned attorneys, complaining of defendant, alleges:

1. Plaintiff Segen is a New York resident who is the owner of common stock of OptionsXpress Holdings, Inc. ("Options" or "the Company").

2. Defendant Options is a Delaware corporation with its principal place of business at 311 W. Monroe Street, Suite 1000, Chicago, Ill 60606.

**Jurisdiction and Venue**

3. This action is brought under the authority of Section 16(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78p ("§16(b)"). Jurisdiction of this court and venue in this district are proper pursuant to 15 U.S.C. §78(a)(a).

**AS AND FOR A FIRST CLAIM FOR RELIEF**

4. On or about April 23, 2008, Segen, through counsel, served a written demand as required by §16(b) on Options' board of directors to investigate and take action against G Bar Limited Partnership ("G Bar") and James Gray ("Gray") to recover the profits that these insiders had obtained as a result of their violation of the statute. Upon information and belief, Gray is Chairman of Option's board of directors and he is president of G-Bar.

5. In response to the letter, the Company purportedly conducted an investigation of the transactions and obtained disgorgement of the net profits from G Bar in the sum of $704,741.78.

6. On or about May 31, 2008, Segen, through counsel, served a second written demand as required by §16(b) on Options' board of directors to investigate and take action against Ned W. Bennett ("Bennett"). Upon information and belief, Bennett is a director of Options and Executive Vice Chairman of the Company.

7. In response to the letter, the Company purportedly conducted an investigation of the transactions and obtained disgorgement of the net profits from Bennett in the sum of $401,876.24.

8. Both sets of transactions had occurred many months ago and the Company had taken no action to recover the profits from their directors and officers. Had plaintiff not made both demands, there is no question that the disgorgements would not have occurred.

9. Pursuant to the case law, a stockholder whose investigatory efforts and demands have resulted in a recovery of disgorged profits to the issuer under §16(b) is entitled to an award of attorneys fees in the court's discretion as a "remedial incident" of the statute. *See, Gilson v. Chock Full O'Nuts Corp.*, 331 F.2d 107, 109 (2d Cir. 1964); *A+ Networks v. Shapiro*, 960 F. Supp. 123 (M.D. Tenn 1997); *Dottenheim v. Emerson Electric Mfg. Co*, 7 F.R.D. 195, 196 (E.D.N.Y. 1947).

10. In this case, despite the fact that the Company has received $1,106,618 as a result of the efforts of plaintiff's counsel, the Company has failed and refused to pay a reasonable attorneys fee to plaintiff's counsel.

11. Plaintiff is entitled to a judgment against Options for the reasonable value of his attorneys' services in an amount within the Court's discretion, which plaintiff submits should be 25% of the recovery or $276,654.

**WHEREFORE**, plaintiff demands judgment against defendant as described above, plus attorneys' fees, interest and such other and further relief as to the Court may seem just and proper.

Dated: July 23, 2008

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

-and-

PAUL D. WEXLER
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue
New York, New York 10022
(212) 308-5858

-and-

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600

Attorneys for Plaintiff

`○ ↳JS 44 (Rev. 12/07)`                                                                                                    08-456

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LEON SEGEN

### DEFENDANTS
OPTIONSXPRESS HOLDINGS, INC., a Delaware corporation

(b) County of Residence of First Listed Plaintiff: **Bronx**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Cook**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Theodore J. Tacconelli, Esq., Ferry, Joseph & Pearce, P.A., 824 Market Street, P.O. Box 1351, Wilmington, DE 19899 (575-1555)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | ☐ 690 Other |  | ☐ 810 Selective Service |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 78p (Section 16b)
Brief description of cause:
recovery of Attorney's Fees

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 07/23/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Theodore J. Tacconelli (No. 2678)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08-456

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

7/23/08
(Date forms issued)

_____
(Signature of Party or their Representative)

Theodore Taccarelli
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action