IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEON SEGEN,<br><br>    Plaintiff,<br><br>        v.<br><br>OPTIONSXPRESS HOLDINGS, INC.,<br>a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-456 GMS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT OPTIONSXPRESS
HOLDINGS INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OptionsXpress Holdings, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2008

/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
302.571.1750 (fax)
llazarus@morrisjames.com
kneikirk@morrisjames.com

Attorneys for Defendant OptionsXpress Holdings, Inc.

1875116